**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>      Plaintiff,          )<br>vs.          )<br>                )<br>Shawn Deneshu Begay,          )<br>      Defendant.          ) | CR05-01269-001-PCT-FJM<br><br>**ORDER** |

The defendant appeared in court without counsel. The defendant knowingly and intelligently waived his right to counsel for purposes of the Flagstaff hearings but reserved his right to counsel for further proceedings in Phoenix. The defendant's probable cause hearing and detention hearing were knowingly and intelligently waived by defendant. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 12th day of March, 2009.

_____
Mark E. Aspey
United States Magistrate Judge